AO 442 (Rev. 10/03) Warrant for Arrest

622791

SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00492HG-21 |
| JOSEPH TAVARES | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

To: The United States Marshal and any Authorized United States Officer

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST JOSEPH TAVARES and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violations of the General Condition and Standard Conditions of Supervised Release

RECEIVED 2006 FEB -6 PM 1:47
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title   United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Ama Nehall | February 6, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL                         By: Helen Gillmor, Chief United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at  HONOLULU, HI | | |
| Date Received  2-6-06 | NAME AND TITLE OF ARRESTING OFFICER  RUSS NAKASATO  DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  2-8-06 | | |