# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 15, 2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR. 01-00492HG

CASE NAME:          U.S.A. vs. (21) JOSEPH TAVARES

ATTYS FOR PLA:      Mark A. Inciong for Chris A. Thomas

ATTYS FOR DEFT:     Shanlyn A.S. Park

INTERPRETER:

JUDGE:     Helen Gillmor          REPORTER:     Stephen Platt

DATE:      February 15, 2005      TIME:         2:45 - 3:00

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE
SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Allegation #3.

The Court finds that this is a Grade C violation, Criminal History Category II.

Allocution by the defendant.

The hearing is continued to April 21, 2006 @ 11:00 a.m.

Ordered that the defendant be released forthwith.

Submitted by: David H. Hisashima, Courtroom Manager