AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR-01-00492 (21) HG |
| JOSEPH TAVARES | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2006

at 3 o'clock and 40 min PM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSEPH TAVARES and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with Order To Show Cause Why Supervision Should Not Be Revoked

in violation of Title  United States Code, Section(s) .

2006 APR 13  PM 12:35
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Allison Cheney | APRIL 12, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, Chief United States District Judge

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI ||||
| Date Received  4-13-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKAGATO DUSM || SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest  4-14-06 ||||