# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 21, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 01-00492HG |
| CASE NAME: | U.S.A. vs. (21) JOSEPH TAVARES |
| ATTYS FOR PLA: | Thomas C. Muehleck for Chris A. Thomas |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| U.S.P.O.: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 21, 2006 | TIME: | 11:00 - 11:22 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO (21) JOSEPH TAVARES -

The defendant is present in custody.

The defendant admitted to Violation 5. He previously admitted to Violation 3, and took the 5th amendment as to Violations 1, 2 and 4.

The Court finds that this is a Grade C violation, Criminal History Category II.

The defendant waived allocution.

The supervised release is revoked.

ADJUDGED: Impr of 20 mos.

SUPERVISED RELELASE: 12 mos upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which may include drug and alcohol testing or residential treatment, at the discretion and direction of the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant provide the Probation Office access to any requested financial information.

8. That the defendant serve 6 months community confinement, in a community corrections center such as Mahoney Hale, as arranged by the Probation Office. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office, unless he is enrolled in a full-time substance abuse treatment program.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

RECOMMENDATIONS: That the defendant not be placed in the same facility as Mohamiid Wicks, Cr. 98-00448HG.

The defendant is advised of his rights to appeal the sentence, etc.

Submitted by: David H. Hisashima, Courtroom Manager