# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00492 HG 21 |
| CASE NAME: | USA v. (21) JOSEPH TAVARES |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | 01/31/2008 | TIME: | |

COURT ACTION: EO:

Order to Show Cause Why Supervised Release Should Not Be Revoked set for 02/04/2008 @ 11:00 .m. before Chief Judge Helen Gillmor.

Submitted by: Bernie Aurio, Courtroom Manager