AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:    1:01CR00492-021                                    Judgment - Page 3 of 3
DEFENDANT:      JOSEPH TAVARES

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: FOUR (4) MONTHS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 18 2008
at 11 o'clock and 20 min. a.m. M.
SUE BEITIA, CLERK

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  28 FEB 2008  to   FEDERAL DETENTION CENTER
                                           P.O. BOX 30547
at _____, with a certified copy of this judgment.   HONOLULU, HI 96820

                                                            Linda T. McGrew
                                                            ~~UNITED STATES MARSHAL~~
                                                            WARDEN

                                                    By      J. Lumu
                                                            ~~Deputy U.S. Marshal~~
                                                            LEGAL INSTRUMENTS EXAMINER